

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 4:14cr60

RONNIE A. BRICKHOUSE,

Defendant.

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before the undersigned United States Magistrate Judge pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge and has entered a plea of guilty to Counts One and Two of the indictment. The Defendant was represented by attorney Jeffrey A. Swartz, who personally reviewed the plea agreement and statement of facts with him. The plea agreement contains the parties' joint recommendation that the sentences on the two counts run concurrently. The parties cited Federal Rule of Criminal Procedure 11(c)(1)(C) intending that their recommendation would bind the Court on its acceptance of the plea.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned determined that the guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact establishing each of the essential elements of each offense. However, because the plea agreement contains a binding a recommendation under Rule 11(c)(1)(C), the undersigned did not yet accept the plea agreement. If the binding recommendation is acceptable to the District Judge, the undersigned recommends that the plea of guilty be accepted and that the Defendant be

adjudged guilty and have sentence imposed accordingly. The original Plea Agreement is attached as Exhibit A.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

The Clerk is directed to deliver a copy of this Report and Recommendation to counsel for the United States and to counsel for the Defendant.

/s/
Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

February 20, 2015