UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.  Criminal No. 4:14CR60

RONNIE A. BRICKHOUSE,

Defendant.

## **ORDER**

This matter is before the Court on a Report and Recommendation Concerning a Plea of Guilty prepared by the Magistrate Judge (ECF 34). The Defendant, Ronnie A. Brickhouse ("Mr. Brickhouse"), appeared before the Magistrate Judge pursuant to Federal Rule of Criminal Procedure 11 ("Rule 11"), and on referral from the undersigned to enter a plea of guilty.

Mr. Brickhouse was represented by attorney Jeffrey A. Swartz, who reviewed the Plea Agreement and Statement of Facts with him. The Plea Agreement contains the parties' joint recommendation that the sentences on Counts One and Two of the Indictment run concurrently. The parties cited Federal Rule of Criminal Procedure 11(c)(1)(C) intending that the Court be bound to the sentencing recommendations contained in the Plea Agreement. The Magistrate Judge recommends that the plea of guilty be accepted, that Mr. Brickhouse be adjudged guilty, and that his sentence be imposed accordingly.

The Court has reviewed the record, the Report and Recommendation, and the Plea Agreement. The Magistrate Judge made full inquiry and findings pursuant to Rule 11, and Mr. Brickhouse was given notice of the right to file specific objections to the Report and Recommendation. It appearing that there are no current objections to the Report and

Recommendation, it is hereby **ORDERED** that the Report and Recommendation prepared on February 20, 2015 is **ADOPTED**, and Mr. Brickhouse is found guilty of Counts One and Two of the Indictment.

In accordance with Rule 11(c)(4), Mr. Brickhouse is advised that because his Plea Agreement contains a provision by which "an attorney for the [G]overnment" has recommended that his sentences on Count One and Count Two be served concurrently, that "agreed disposition will be included in the [J]udgment." *See* Fed. R. Crim. P. 11(c)(1)-(4).

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

Newport News, Virginia
June 30, 2015